United States District Court

*Eastern District of Pennsylvania*

Chambers of
C. Darnell Jones II
District Judge

5th Floor, United States Courthouse
Philadelphia, Pennsylvania 19106
267.299.7750

August 19, 2009

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the
United States Courts
One Columbus Circle, NE
Washington, D.C. 20544

RECEIVED
2009 AUG 31 A 11: 11
FINANCIAL DISCLOSURE OFFICE

Dear Judge Baldock:

Re: Calendar Year 2008 Filing

Pursuant to your letter of 30 July, 2009, I am writing to provide the additional information requested. Per your letter, in Part VII, lines 11 and 12, I listed "John Hancock Life Insurance Co. Annuity (Annuity")" and "New York Life Insurance and Annuity Corp. (Annuity)," which were not on my prior report.

I did not purchase the two listed "annuities" in 2008. Each was purchased in February, 2009. I included them because I erroneously concluded that the report required information "as of the date of filing," July 9, 2009.

I will certainly include said information on my 2009 annual report. Thank you for your consideration and the courtesy of Ms. Christine Usry with whom I spoke this morning.



**Jones II, C. Darnell**

| AO 10<br>Rev. 1/2008 | | |
|---|---|---|

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES II, C. DARNELL | 2. Court or Organization<br><br>Pennsylvania, Eastern District | 3. Date of Report<br><br>07/09/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>United States Court House<br>601 Market Street<br>Room 5918<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

---

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law (salaried) | The University of Pennsylvania Law School |
| 2. Law School Board member (no compensation) | Drexel University Earle Mack School of Law |
| 3. Advisory Board member (no compensation) | Salvation Army |
| 4. Advisory Board member (no compensation) | New Directions For Women |
| 5. Advisory Board member (no compensation) | Journey Toward Home, Inc. |

FINANCIAL DISCLOSURE OFFICE

2009 JUL 14 A 10: 02

RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | COMMONWEALTH OF PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM-PENSION UPON DEPARTURE FROM CURRENT STATE TRIAL JUDGE POSITION |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 07/09/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2008 | Administrative Office of Pennsylvania Courts-Judicial Salary | $131,486.72 |
| 2. 2008 | Trustees of the University of Pennsylvania-Adjunct Law Professor | $8,000.00 |
| 3. 2008 | Kansas Judicial Conference-Lecturer | $800.00 |
| 4. 2008 | Commonwealth of Pennsylvania State Employee Retirement System-State Judicial Pension | $274,777.94 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Defender Association of Philadelphia, Salary |
| 2. 2008 | Premier Design, Inc.-direct sales |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. American Bar Association | April 9-12, 2008 | Dallas, TX | Spring Meeting-Judicial | Travel, food and lodging |
| 2. American Bar Association | August 8-11, 2008 | New York, NY | Annual Meeting-Judicial | Travel, food and lodging |
| 3. American Bar Association | November 21-22, 2008 | Washington, DC | Fall Meeting-Judicial | Travel, food and lodging |
| 4. Philadelphia Bar Association | September 19-21, 2008 | Atlantic City, NJ | Presenter | Lodging |
| 5. The National Judicial College | January 21-23, 2008 | Reno, NV | Curriculum Development | Travel, food and lodging |
| 6. The National Judicial College | May 28-30, 2008 | Reno, NV | Curriculum Development | Travel, food and lodging |
| 7. The National Judicial College | July 16-18, 2008 | Washington, DC | Curriculum Development | Travel, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 07/09/2009 |

| | | | | |
|---|---|---|---|---|
| 8. American College of Business Court Judges | April 23-25, 2008 | Chicago, Ill. | Business Courts Seminar | Travel, food and lodging |
| 9. American College of Business Court Judges | November 16-18, 2008 | Chicago, Ill. | Business Courts Seminar | Travel, food and lodging |
| 10 International Asso.Clerks, Rec orders,Election Official and T reasurers (IACREOT) | July 19-21, 2008 | Phoenix, AZ | Presenter | Travel, food and lodging |
| 11 State of Alabama Judicial Educ ation | September 16-18, 2008 | Orange Beach, AL | Instructor | Travel, food and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 07/09/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie-Mae | College loans | M |
| 2. Philadelphia Federal Credit Union | Personal Loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 07/09/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. US Treasury Bond | A | Interest | J | T | | | | | |
| 2. CITIZENS BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 3. PNC BANK ACCOUNT | A | Interest | J | T | | | | | |
| 4. ROGERS COUNTY BANK | A | Interest | J | T | | | | | |
| 5. FIRST TRUST BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 6. AMERICAN HERITAGE CREDIT UNION | A | Interest | J | T | | | | | |
| 7. PHILADELPHIA FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 8. Comm. of Pa. State Employees' Retirement System | | None | P1 | T | | | | | |
| 9. Alliance Benefit Group Mid Atlantic, LLC | | None | K | T | | | | | |
| 10. EXXON MOBIL | A | Dividend | J | T | | | | | |
| 11. JOHN HANCOCK LIFE INSURANCE CO. ANNUITY (ANNUITY) | B | Int./Div. | K | T | | | | | |
| 12. NEW YORK LIFE INSURANCE AND ANNUITY CORP.(ANNUITY) | A | Int./Div. | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIF[...]AY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544